## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Civil Rights Corps. v. Cushman         Docket No.: 24-2251

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Tobin Raju

Firm: Media Freedom & Information Access Clinic, Yale Law School

Address: 127 Wall Street, New Haven, CT 06511

Telephone: (203) 436-5836        Fax:

E-mail: tobin.raju@ylsclinics.org

Appearance for: New York Media Coalition
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☒ Amicus (in support of: Appellees - Civil Rights Corps. et al. )
(party/designation)

## CERTIFICATION

I certify that:

☒ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on February 5, 2024         OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Tobin Raju

Type or Print Name: Tobin Raju