## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Civil Rights Corps. v. Cushman    Docket No.: 24-2251

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: David A. Schulz

Firm: Media Freedom & Information Access Clinic, Yale Law School

Address: 127 Wall Street, New Haven, CT 06511

Telephone: (212) 663-6162    Fax:

E-mail: schulzd@ballardspahr.com

Appearance for: New York Media Coalition
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Appellees - Civil Rights Corps. et al. )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on March 7, 2024    OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ David A. Schulz

Type or Print Name: David A. Schulz