
## Patterson Belknap

www.pbwt.com

May 13, 2026

Gregory L. Diskant
(212) 336-2710
gldiskant@pbwt.com

**VIA CM/ECF**

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

Re: *Civil Rights Corps v. Cushman*, No. 24-2251

Dear Ms. Wolfe:

I represent Plaintiffs-Appellees in the above-referenced appeal. I write pursuant to 28 Fed. R. App. Proc. 28(j) to bring to the Court's attention a pertinent and significant authority relating to the issues in the above-captioned case.

On April 1, 2026, the Attorney Grievance Committee for the Third Judicial Department released its decision resolving a complaint of attorney misconduct against then-Interim U.S. Attorney for the Northern District of New York, John Sarcone. It wrote, "pursuant to the Rules for Attorney Disciplinary Matters ('Atty. Disc. Rules'), [22 NYCRR] §1240.7(d)(2), after deliberation, the Committee determined there was a sufficient basis for a finding of professional misconduct and took appropriate action." Yet, the Committee declined to disclose what charges against Mr. Sarcone it had sustained, what action it had taken or, indeed, to provide any more information about its decision, citing Judiciary Law §90(10) and Atty. Disc. Rules §1240.18. A copy of the Committee's letter is attached.

The allegations against Mr. Sarcone, filed in a ten-page complaint by the Campaign for Accountability, are serious. They include making false statements about an alleged assault, causing unwarranted charges to be filed against the alleged assailant, providing a false residential address, and retaliating against the press. The behavior of Mr. Sarcone, who remains First Assistant in the Northern District U.S. Attorney's Office, is of great public interest, both to the courts of the Northern District and to the community at large. Indeed, the legality of Mr. Sarcone's appointment is now pending before a different panel of this Court. *In Re Grand Jury Subpoenas to the Office of the New York State Attorney General v. United States*, Dkt. No. 26-156 (2d Cir.).

May 13, 2026
Page 2

       Under Judge Marrero's decision, now on appeal, the discipline rendered to Mr. Sarcone pursuant to §1240.7(d)(2) would be presumptively public, absent compelling reasons for secrecy. We respectfully submit that the secrecy surrounding this recent important decision by the Grievance Committee highlights the need to affirm Judge Marrero's order under the First Amendment.

Respectfully submitted,

Gregory L. Diskant

cc: All Counsel (via ECF)

Attachment



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
**Attorney Grievance Committee**
*100 Great Oaks Boulevard, Suite 129*
*Albany, NY 12203-7919*
*http://www.nycourts.gov/ad3/agc*

*Elena Jaffe Tastensen, Esq.*
*Committee Chair*

*Phone: (518) 285-8350*
*Fax: (518) 453-4643*
*Email: ad3agc@nycourts.gov*
*(Service by email/facsimile is accepted/preferred)*
**CONFIDENTIAL**

*Monica A. Duffy*
*Chief Attorney*

April 1, 2026

*VIA: EMail and First-Class Mail*

Michelle Kuppersmith
Campaign for Accountability
611 Pennsylvania Avenue, S.E. #337
Washington, DC 20036
EMail: mkuppersmith@campaignforaccountability.org

Dear Ms. Kuppersmith:

Following the investigation of your complaint of professional misconduct against Attorney John A. Sarcone, III, dated August 6, 2025, the matter was reviewed and considered by the Attorney Grievance Committee for the Third Judicial Department ("Committee") at a recent meeting.

Please be advised that pursuant to the Rules for Attorney Disciplinary Matters ("Atty. Disc. Rules"), [22 NYCRR] §1240.7(d)(2), after deliberation, the Committee determined there was a sufficient basis for a finding of professional misconduct and took appropriate action. With this action the matter is concluded.

We regret that we cannot be more specific about the nature of the action taken and in accordance with Judiciary Law §90(10) and Atty. Disc. Rules §1240.18, all papers, records and documents of a disciplinary investigation and proceeding are sealed and deemed private and confidential.

I assure you that the Committee dealt with your complaint in a fair and unbiased manner, and we thank you for bringing this matter to our attention.

Very truly yours,

Elena Jaffe Tastensen, Chair
Attorney Grievance Committee
Third Judicial Department
EJT/AMC/amr