# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of July, two thousand twenty-six.

Before:     Steven J. Menashi,
            Eunice C. Lee,
            Alison J. Nathan,
                *Circuit Judges*.

_____

Civil Rights Corps, Cynthia Godsoe, Nicole Smith Futrell, Daniel S. Medwed, Justin Murray, Abbe Smith, Steven Zeidman,

      Plaintiffs - Appellees,

  v.

Hector D. LaSalle, in his official capacity as Presiding Justice of the Second Judicial Department of the Appellate Division of the Supreme Court of the State of New York,

      Defendant - Appellant.

_____

**JUDGMENT**

Docket No. 24-2251

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's judgment is AFFIRMED.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court