# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 9, 2026

Clerk
United States Court of Appeals for the
Second Circuit
Thurgood Marshall United States
Courthouse
40 Foley Square
New York, NY 10007

Re: Hector D. LaSalle, Presiding Justice, Appellate Division, Supreme Court of New York, Second Judicial Department
v. Civil Rights Corps, et al.
Application No. 26A483
(Your No. 24-2251)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Sotomayor, who on October 9, 2026, extended the time to and including December 11, 2026.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Katie Heidrick
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Ms. Barbara Dale Underwood
New York Solicitor General
Office of the Attorney General
28 Liberty Street
New York, NY 10005-1400

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

USMJ
SDNY

RECE…
…T 19 P…
…T OF A…
…CIRC…

quadient
FIRST-CLASS MAIL
IMI
$000.78º
10/14/2026 ZIP 20543
043M31266310
US POSTAGE

6500 1951820001

10007810З 5 099021323122121 21323 11002002022112О1